UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH HINES, III,

    Petitioner,

v.                                          CASE NO. 10-13164
                                              HONORABLE GERALD E. ROSEN

CARMEN PALMER,

    Respondent.
_____/

## **JUDGMENT**

    In accordance with the Opinion and Order entered on this date,

    **IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED**. Judgment is entered in favor of Respondent and against Petitioner.

                                         s/Gerald E. Rosen
                                         Chief Judge, United States District Court

Dated: March 6, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 6, 2013, by electronic and/or ordinary mail.

                                          s/Julie Owens
                                          Case Manager